temporary restraining order enjoining an Article 32 Hearing in Petitioner's case scheduled for 9 a.m., Tuesday, June 5, 2012 was filed under Rule 27(a).

No. 11–0558/AR.  U.S. v. Alvaro Garcia, Jr.  CCA 20080839.  Review granted on the following issue:

> WHEN THE GOVERNMENT FAILS TO ALLEGE AN ARTICLE 134 TERMINAL ELEMENT THE CHARGE FAILS TO STATE AN OFFENSE UNLESS THE TERMINAL ELEMENT CAN BE "NECESSARILY IMPLIED" FROM THE LANGUAGE OF THE SPECIFICATION. THE MISSING TERMINAL ELEMENT FROM THE SPECIFICATIONS OF CHARGE II CANNOT BE NECESSARILY IMPLIED FROM THE TEXT.  ARE THE OFFENSES FATALLY DEFECTIVE?

No briefs will be filed under Rule 25.

No. 12–0125/AR.  U.S. v. Robert A. Lyon.  CCA 20090792.  Review granted on the following issue:

> WHETHER THE GOVERNMENT'S FAILURE TO ALLEGE IN THE SPECIFICATION OF CHARGE IV THAT APPELLANT'S UNAUTHORIZED WEARING OF THE RANGER TAB WAS PREJUDICIAL TO